**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | : | |
| In re WIRELESS TELEPHONE RADIO | : | |
| FREQUENCY EMISSIONS PRODUCTS | : | MDL No. 1421 |
| LIABILITY LITIGATION | : | Civil No. 01-MD-1421 |
| | : | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *Murray, et al. v. Motorola, Inc. et al.* (D.D.C.) | : | *Civil No. CCB-02-4047* |
| *Schofield v. Matsushita Electric, et al.* (D.D.C.) | : | *Civil No. CCB-02-4048* |
| *Cochran, et al. v. Audiovox Corp., et al.* (D.D.C.) | : | *Civil No. CCB-02-4049* |
| *Keller, et al. v. Nokia, Inc., et al.* (D.D.C.) | : | *Civil No. CCB-02-4050* |
| *Schwamb, et al. v. Qualcomm, et al.* (D.D.C.) | : | *Civil No. CCB-02-4051* |
| *Agro, et al. v. Motorola, Inc., et al.* (D.D.C.) | : | *Civil No. CCB-02-4052* |

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

a.  the plaintiffs' motions to remand in the Murray (docket no. 8), Schofield (docket no. 7), Cochran (docket no. 11), Keller (docket no. 10), Schwamb (docket no. 15), and Agro (docket no. 12) actions are **GRANTED**;

b.  these cases shall be **REMANDED** to the Superior Court for the District of Columbia;

c.  copies of this Order and the accompanying Memorandum shall be sent to counsel of record; and

d.  in accordance with this order, the clerk of the court shall **CLOSE** the Murray, Schofield, Cochran, Keller, Schwamb, and Agro actions.


_____July 19, 2004_____                    _____/s/_____
Date                                        Catherine C. Blake
                                            United States District

Judge