UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                                                    Reply to Northern Division Address

July 23, 2004

Superior Court for the District of Columbia
500 Indiana Ave., NW
Washington, DC 20001

RE:    Murray, et al v Motorola, et al
         Civil Action No. CCB-02-4047

Dear Clerk:

On July 19, 2004, the Honorable Catherine C. Blake signed an order remanding the above-entitled case to your Court. Enclosed is a certified copy of the order, together with a certified copy of the docket entries and all original papers filed.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

Thank you for your cooperation in this matter.

                                              Sincerely,

                                              Felicia C. Cannon, Clerk

                                    By:    Claudia Gibson
                                                    Deputy Clerk

Enclosures
cc:    The Honorable Catherine C. Blake

        File

ACKNOWLEDGED RECEIPT THIS _____ DAY OF _____, 20____.

U.S. District Court (Rev. 9/4/2001) - Remand Letter to Court

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov